IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHICO NAKIA CURRY | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv25 |
| JESSICA HOLCOMB, ET AL. | § | |

**ORDER ACCEPTING THE MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Chico Nakia Curry, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claims against defendants Bear, Oritsetserundede and Baugh be dismissed for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

### ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED**. The claims against defendants Bear, Oritsetserundede and Baugh are **DISMISSED** for failure to state a claim upon which relief may be granted.

**SIGNED** this the **12** day of **October, 2022.**

_____
Thad Heartfield
United States District Judge